## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____ Alexandria _____ **Division**

In re    Tyrone Petterson
         Melanie D. Petterson

Case No.  13-14370-BFK

Debtor(s)                                   Chapter    13

## ORDER DENYING CONFIRMATION
## AND DIRECTING CLERK TO DISMISS CASE IF
## CONDITIONS OF LOCAL BANKRUPTCY RULE 3015-2 ARE NOT MET


Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that confirmation of the debtor's plan filed _____ December 4, 2015 _____, is denied; and it is further

**ORDERED** that <u>unless the Court has entered an order previously confirming a Chapter 13 Plan,</u> the Clerk is directed to dismiss the Chapter 13 case unless, within **21 days** from this Order, the debtor takes one of the actions enumerated in Local Bankruptcy Rule 3015-2; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.


_/s/ Brian F. Kenney_____
**United States Bankruptcy Judge**

Date: _Jan 15 2016_____


NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
January 19, 2016_____

[odn13con ver. 12/09]